[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-12047

_____

D.C. Docket No. 1:10-cv-01753-SCJ

BRIAN HOOLIHAN,

Plaintiff-Appellant,

versus

CLAYTON COUNTY, GEORGIA,
DAVID S. KENDLE,
MICHAEL W. HOBBS,

Defendants-Appellees,

JOHN DOE, et al.,

Defendants.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(February 1, 2013)

Before HULL, WILSON and HILL, Circuit Judges.

PER CURIAM:

Plaintiff-Appellant Brian Hoolihan appeals the district court's entry of summary judgment in favor of the Defendants-Appellees: Clayton County, and Clayton County Police Officers David Kendle and Michael Hobbs.  The district court granted summary judgment to the Defendants on all of Hoolihan's claims, brought pursuant to 42 U.S.C. § 1983 and Title II of the Americans with Disabilities Act ("ADA"), which arose out of injuries he sustained during an encounter with Officers Kendle and Hobbs.  As to Clayton County, Plaintiff-Appellant Hoolihan appeals only his ADA claim.  As to Officers Kendle and Hobbs, Plaintiff-Appellant Hoolihan appeals only his § 1983 claim of excessive force.  After careful review, and with the benefit of oral argument, we affirm the entry of summary judgment in favor of the Defendants as to the claims on appeal for the reasons outlined in the district court's thorough and well-reasoned order dated March 12, 2012.

**AFFIRMED.**